THE CHASE NATIONAL BANK, as Trustee, et al., Respondents, *v.* BRENDA D. D. FRAZIER et al., Respondents, and MARJORIE A. F. HENDERSON, Appellant.

(Submitted October 22, 1935; decided November 19, 1935.)

*Horace G. Hitchcock* for appellant.

*Gerald Donovan* and *Raymond D. Thurber* for Brenda F. Watriss, as general guardian of Brenda D. D. Frazier, respondent.

*Edmund L. Durkin,* as guardian ad litem for Brenda D. D. Frazier, respondent.

*George B. Brooks* and *Stephen P. Nash* for Harry A. Usher et al., as executors and trustees under the will of Frank D. Frazier, deceased, respondents.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, CROUCH and FINCH, JJ.   Not sitting: HUBBS and LOUGHRAN, JJ.